COMMONWEALTH of Pennsylvania, Respondent

v.

Preston STROMAN, Petitioner

No. 436 EAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania, Respondent

v.

William John TIERNO, Petitioner

No. 683 MAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Jim Ronald MILLS, Jr., Petitioner

No. 354 WAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**